# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| WYTIKI RAYSHUN MOFFETT, | : | |
| Petitioner, | : | |
| vs. | : | CA 21-00054-JB-MU |
| GUY NOE, | : | |
| Respondent. | | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 19, 2021, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 16th day of July, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE